1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Tomas Vera-Sanchez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,   )   Case No. 08MJ1272
                                 )
12 |           Plaintiff,        )
                                 )
13 | v.                          )   **CERTIFICATE OF SERVICE**
                                 )
14 | TOMAS VERA-SANCHEZ,         )
                                 )
15 |           Defendant.        )
   |_____)
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov
20

21                                        Respectfully submitted,

22

23 DATED:      April 29, 2008             /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Tomas Vera-Sanchez
25

26

27

28